# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 8:14CR219 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| **BRYAN GROENE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Eric W. Kruger, as a Criminal Justice Act Training Panel Member, to assist in the defense of Bryan Groene.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Eric W. Kruger is hereby assigned to assist the CJA Attorney Michael D. Gooch in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Eric W. Kruger shall not be eligible to receive compensation for his services in this case.

CJA Attorney Michael D. Gooch shall continue to be primary counsel on behalf of the Defendant, Bryan Groene.

Dated: July 8, 2014

**BY THE COURT:**

**s/ Thomas D. Thalken**
**United States Magistrate Judge**